Same case below, 626 F.3d 1019.

Same case below, 419 Fed. Appx. 619.

**No. 10-10969. Michael Todd Huber, Petitioner v. United States.**

565 U.S. 859, 132 S. Ct. 196, 181 L. Ed. 2d 103, 2011 U.S. LEXIS 6036.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 414 Fed. Appx. 826.

**No. 10-10970. Eddie Sanders, Petitioner v. Lenard Vare, Warden, et al.**

565 U.S. 859, 132 S. Ct. 196, 181 L. Ed. 2d 103, 2011 U.S. LEXIS 6189.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-10971. Deborah Summers, Petitioner v. United States.**

565 U.S. 860, 132 S. Ct. 196, 181 L. Ed. 2d 103, 2011 U.S. LEXIS 6167.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 424 Fed. Appx. 398.

**No. 10-10972. Albert Smith, Petitioner v. United States.**

565 U.S. 860, 132 S. Ct. 197, 181 L. Ed. 2d 103, 2011 U.S. LEXIS 5879.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-10973. Maria Ayala-Esquer, Petitioner v. United States.**

565 U.S. 860, 132 S. Ct. 197, 181 L. Ed. 2d 103, 2011 U.S. LEXIS 6049.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 419 Fed. Appx. 723.

**No. 10-10974. Robert Lee Brown, Petitioner v. Catherine Cortez Masto, Attorney General of Nevada, et al.**

565 U.S. 860, 132 S. Ct. 197, 181 L. Ed. 2d 103, 2011 U.S. LEXIS 6239.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-10975. James Brown, Petitioner v. City of Detroit, Michigan, et al.**

565 U.S. 860, 132 S. Ct. 197, 181 L. Ed. 2d 103, 2011 U.S. LEXIS 6069.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-10976. Joel Christopher Holmes, Petitioner v. Washington.**

565 U.S. 860, 132 S. Ct. 197, 181 L. Ed. 2d 103, 2011 U.S. LEXIS 5967.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Washington, Division 1, denied.